```
                IN THE UNITED STATES DISTRICT COURT           FILED BY ___ D.C.
                FOR THE WESTERN DISTRICT OF TENNESSEE
                            WESTERN DIVISION                  05 JUL 15 AM 9:14

                                                              THOMAS M. GOULD
                                                              CLERK, U.S. DISTRICT COURT
                                                              W/D OF TN, MEMPHIS
```

MAX MAY, et al.,                )
                                )
    Plaintiffs,              )
                                )
v.                              )   No. 03-2112 Ml/P
                                )
NATIONAL BANK OF COMMERCE,      )
a banking corporation organized )
under the laws of the United    )
States of America, in its       )
corporate capacity and as       )
Trustee of the Memphis Equipment)
Company Employee Stock          )
Ownership Plan, and LAWRENCE    )
SCOTT, an individual resident   )
of Cordova, Shelby County,      )
Tennessee,                      )
                                )
    Defendants.              )

---

### ORDER DENYING DEFENDANT LAWRENCE SCOTT'S COMBINED MOTION AND MEMORANDUM FOR LEAVE TO FILE MOTIONS AS MOOT

---

Before the Court is Defendant Lawrence Scott's Combined Motion and Memorandum for Leave to File Motions, filed October 28, 2004. In particular, Defendant moves the Court for: (1) leave to file a motion to amend his answer to add the defenses of ratification and election of remedies in relation to Plaintiff's claims to void the sale transaction; and (2) leave to file a motion for summary judgment relating to Plaintiffs' claims to void the sale transaction. On November 1, 2004, however, the Court issued an Order Rescinding Transaction *Ab Initio*.

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 7-15-05



Accordingly, the Court DENIES the motion as moot.

So ORDERED this 14 day of July, 2005.

                         /s/ Jon P. McCalla
                         JON P. McCALLA
                         UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 329 in case 2:03-CV-02112 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Bobby M. Leatherman
LEATHERMAN LAW OFFICE
1661 International Place Dr.
Ste. 400
Memphis, TN 38120

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Dorothy J. Pounders
POUNDERS & ASSOCIATES
1770 Kirby Pkwy
Ste. 105
Memphis, TN 38138

Marc Louis Schatten
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT