IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MAX MAY, et al., ) | |
| ) | |
|      Plaintiffs, ) | |
| ) | |
| v.    ) | No. 03-2112 Ml/P |
| ) | |
| NATIONAL BANK OF COMMERCE, ) | |
| a banking corporation organized ) | |
| under the laws of the United ) | |
| States of America, in its ) | |
| corporate capacity and as ) | |
| Trustee of the Memphis Equipment ) | |
| Company Employee Stock ) | |
| Ownership Plan, and LAWRENCE ) | |
| SCOTT, an individual resident ) | |
| of Cordova, Shelby County, ) | |
| Tennessee, ) | |
| ) | |
|      Defendants. ) | |

### ORDER DENYING DEFENDANT LAWRENCE SCOTT'S COMBINED MOTION AND MEMORANDUM FOR A CONTINUANCE AS MOOT

Before the Court is Defendant Lawrence Scott's Combined Motion and Memorandum for a Continuance, filed October 28, 2004. The Court, however, held a non-jury trial in this matter from November 1, 2004, through November 4, 2004. Accordingly, the Court DENIES the motion as moot.

So ORDERED this 14 day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-15-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 330 in case 2:03-CV-02112 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Bobby M. Leatherman
LEATHERMAN LAW OFFICE
1661 International Place Dr.
Ste. 400
Memphis, TN 38120

Marc Louis Schatten
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Dorothy J. Pounders
POUNDERS & ASSOCIATES
1770 Kirby Pkwy
Ste. 105
Memphis, TN 38138

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT