IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 26 AM 8: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MAX MAY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 03-2112 Ml/P |
| ) | |
| NATIONAL BANK OF COMMERCE, ) | |
| a banking corporation organized ) | |
| under the laws of the United ) | |
| States of America, in its ) | |
| corporate capacity and as ) | |
| Trustee of the Memphis Equipment ) | |
| Company Employee Stock ) | |
| Ownership Plan, and LAWRENCE ) | |
| SCOTT, an individual resident ) | |
| of Cordova, Shelby County, ) | |
| Tennessee, ) | |
| ) | |
| Defendants. ) | |

### ORDER TO FILE TRIAL TRANSCRIPT

The Court has determined that the filing of the trial transcript in this case is necessary to conclude its opinion in this case. Accordingly, the parties are hereby ORDERED to request and file with the Court a copy of the trial transcript in this case within fourteen (14) days of the date of entry of this order.[1] The parties shall share the costs of the transcript equally.

So ORDERED this 25 day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the trial transcript in this case may be ordered by contacting Court Reporter Brenda Parker at (901) 526-8769.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-26-05

332



# Notice of Distribution

This notice confirms a copy of the document docketed as number 332 in case 2:03-CV-02112 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Marc Louis Schatten
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Dorothy J. Pounders
POUNDERS & ASSOCIATES
1770 Kirby Pkwy
Ste. 105
Memphis, TN 38138

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Bobby M. Leatherman
LEATHERMAN LAW OFFICE
1661 International Place Dr.
Ste. 400
Memphis, TN 38120

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT