# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY [illegible] D.C.

2005 AUG 31  PM 5:29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MAX MAY, et al., | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| v. | |
| LAWRENCE SCOTT, an individual resident of Cordova, Shelby County, Tennessee, | CASE NO: 03-2112 M1/P |
| Defendant. | |

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-2-05

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for a non-jury trial, the issues having been tried, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that in accordance with its Opinion and Order Following Non-Jury Trial, entered August 31, 2005, judgment is hereby entered as follows:

> $172,203.66 in favor of Plaintiffs and against Defendant Lawrence Scott regarding Plaintiffs' claim for wrongful conversion.
>
> $455,720.78 in favor of Plaintiffs and against Defendant Lawrence Scott, to be paid directly to the MEC ESOP, regarding Plaintiffs' claim for restitution as a result of Defendant Lawrence Scott's liability under 29 U.S.C. §§ 1024(b)(3), 1104, and 1109.
>
> In favor of Plaintiffs and against Defendant Lawrence Scott regarding Plaintiffs' claim for forfeiture of Defendant Lawrence Scott's interest in the MEC ESOP due to Defendant Lawrence Scott's liability under 29 U.S.C. §§ 1024(b)(3), 1104, and 1109.
>
> In favor of Plaintiffs and against Defendant Lawrence Scott regarding Plaintiffs' claim for injunctive relief due to Defendant Lawrence Scott's liability under 29 U.S.C. §§ 1024(b)(3), 1104, and 1109. Specifically, the Court orders Defendant Lawrence Scott to:
>
>> 1. Promptly deliver to Plaintiffs Max May and Billy


343

Thompson, as directors of MEC, all books and records in Mr. Scott's possession and/or control (together with all copies or reproductions thereof) in which MEC has any interest whatsoever, regardless of the form, media, or location thereof;

2. Promptly deliver to Plaintiffs Max May and Billy Thompson, as directors of MEC, all other properties (regardless of the location thereof) in which MEC has an interest, directly or indirectly, that are in Mr. Scott's possession and/or control, including, without limitation, all benefits under frequent flyer or other awards programs and the company van;

3. Promptly deliver to Plaintiffs Max May and Billy Thompson, as MEC ESOP administrative committee members, all books and records in Mr. Scott's possession and/or control (together with all copies or reproductions thereof) in which the MEC ESOP has any interest whatsoever regardless of the form, media, or location thereof; and

4. Promptly deliver to Plaintiffs Max May and Billy Thompson, as MEC ESOP administrative committee members, all other properties (regardless of the location thereof) in which the MEC ESOP has an interest, directly or indirectly, that are in Mr. Scott's possession and/or control;

And attorney's fees under 29 U.S.C. § 1132(g)(1) in favor of Plaintiffs and against Defendant Lawrence Scott in an amount to be determined and as to which a separate judgment will be entered.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

Aug. 31, 2005
_____
DATE

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 343 in case 2:03-CV-02112 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

Marc Louis Schatten
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Dorothy J. Pounders
POUNDERS & ASSOCIATES
1770 Kirby Pkwy
Ste. 105
Memphis, TN 38138

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Bobby M. Leatherman
LEATHERMAN LAW OFFICE
1661 International Place Dr.
Ste. 400
Memphis, TN 38120

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT