INT THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -9 AM 9: 49

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN - MEMPHIS

MAX MAY, an individual resident of
Horn Lake, Desoto County, Mississippi,
individually and in his capacity as a
member of the Administrative Committee
of the Memphis Equipment Company
Employee Stock Ownership Plan

Plaintiff,

v.                                                Docket No. 03-2112 MI/P

NATIONAL BANK OF COMMERCE,
a banking corporation organized under the laws
of the United States of America, in its
corporate capacity and as Trustee of the ,
Memphis Equipment Company Employee
Stock Ownership Plan, and LAWRENCE SCOTT,
an individual resident of Cordova, Shelby County,
Tennessee

Defendants.

## CONSENT ORDER GRANTING MOTION OF BOBBY LEATHERMAN TO WITHDRAW AS COUNSEL FOR LARRY SCOTT

Before this Court is the Motion of Bobby Leatherman to withdraw as counsel for Larry Scott. It appearing to the Court that good cause exists for such withdrawal and that Larry Scott consents to such withdrawal, as evidenced by his signature hereinbelow.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that Bobby Leatherman has withdrawn as counsel for Scott.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-12-05



_____
JUDGE

_____
BOBBY M. LEATHERMAN          (12698)

_____
LARRY SCOTT

_____  w/permission
JOHN HEFLIN                  (6142)

2



# Notice of Distribution

This notice confirms a copy of the document docketed as number 357 in case 2:03-CV-02112 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Bobby M. Leatherman
LEATHERMAN LAW OFFICE
1661 International Place Dr.
Ste. 400
Memphis, TN 38120

Marc Louis Schatten
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Dorothy J. Pounders
POUNDERS & ASSOCIATES
1770 Kirby Pkwy
Ste. 105
Memphis, TN 38138

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT