# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

MAX MAY, BILLY THOMPSON, ASBURY L. JONES,
DOUGLAS L. CUMMINGS, LISA D. ROWLAND, STELLA
RUSSELL, ROY COATES, PAUL BOWMAN, JOHN M.
BROWNING, MELANIE CARTER, ANDREW THOMAS,
JAMES E. YORK, RICKEY PETTIT, ROBERT ROWLAND,
RICKEY JACKSON, LONNIE BERRYHILL, DAZARUS
DANIELS, CHRISTOPHER DUNHAM, MILTON DUPONT,
RAYMOND HITT, JOHNNY LOONEY, LARRY McNEAL,
BRIAN PEARSON, JOE PETTIT, JOHN ROWLAND,
MELVIN SYKES, TIM TILLMAN, MELVIN WEBB, STEVEN
WILKERSON, EDDY PETTY, GLENN I. ALLEMAN, and MARK
A. SIPES, Individually and on behalf of the MEMPHIS EQUIPMENT
COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN,
INC. and MEMPHIS EQUIPMENT COMPANY, INC.,

       Plaintiffs,

v.

NATIONAL BANK OF COMMERCE,
a banking corporation organized under the laws
of the United States of America, in its
corporate capacity and as Trustee of the
Memphis Equipment Company Employee
Stock Ownership Plan, and LAWRENCE SCOTT,
an individual resident of Cordova, Shelby County,
Tennessee,

       Defendants.

No. 03-2112 MIA
Judge McCalla
Judge Pham

## ORDER GRANTING
## PLAINTIFFS' MOTION FOR LEAVE PURSUANT TO
## 28 U.S.C. SECTION 1963 TO REGISTER THE COURT'S JUDGMENT
## IN THE UNITED STATES DISTRICT COURTS
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA AND
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

Before the Court is Plaintiffs' Motion for Leave to Register the Court's Judgment in the United States District Courts for the Middle District of Pennsylvania and for the Northern District of Mississippi pursuant to 28 U.S.C. § 1963. Upon due consideration of the record, the Court finds that good cause exists to allow such registration of its Judgment because Defendant Lawrence Scott has represented to this Court that he has no assets in this judicial district which could satisfy this Court's Judgment against him, while real property and other assets are located in the Middle District of Pennsylvania and Northern District of Mississippi that may be subject to the Judgment entered by this Court. Some of such real property and assets appear to be subject to imminent sale or disposal. Accordingly, for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs are granted leave pursuant to 28 U.S.C. § 1963 to immediately register this Court's Judgment in the United States District Court for the Middle District of Pennsylvania and in the United States District Court for the Northern District of Mississippi, without waiting for the Judgment to become final upon appeal.

DATED this 16th day of March, 2006.

 /s/ Jon P. McCalla 
JON P. McCALLA,
United States District Judge